**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **BAILEY, JAY EDWARD** | ) | **BANKRUPTCY CASE 09-11242** |
| **BAILEY, TAMARIA SUE** | ) | **Chapter 7** |
| | ) | |
| DEBTORS. | ) | |

<u>**NOTICE PURSUANT TO F.R.B.P. 3010**</u>

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed

creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #3 | The Motorists Insurance Group | $1.31 |
| | 471 East Broad Street | |
| | Attn:  Melissa Henson | |
| | Columbus, OH  43215 | |
| | | |
| Claim #4 | Beers Mallers Backs & Salin | $2.08 |
| | Perry Law Office | |
| | 1010 Memorial Way, Suite 102 | |
| | Fort Wayne, IN  46805 | |

Total Check Amount =  $3.39

Respectfully submitted,

<u>/s/ Dustin M. Roach</u>
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 14th day of December 2009, a true and correct copy

of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically

through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square

Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States

mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

<u>/s/ Dustin M. Roach</u>
Dustin M. Roach, Trustee